UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MABEL KUJAWA,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-1809-T-26MAP

MERCK & CO., INC.; PFIZER, INC.;
PHARMACIA CORPORATION; and
PHARMACIA & UPJOHN COMPANY, LLC,

    Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) Defendants' Unopposed Motion for Stay of All Proceedings Pending Transfer to Multidistrict Litigation Proceedings (Dkt. 8) is granted.

2) The Clerk is directed to administratively close this case during the pendency of the stay, subject to the right of any party to file a motion to reopen in the event this case is not transferred.

**DONE AND ORDERED** at Tampa, Florida, on October 4, 2006.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record